**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-CR-421-MAL-JMB |
| | ) | |
| JEREMY ALLEN DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant's Motion to Travel, wherein he requests permission to leave his residence during normal business hours on Saturday in order to look at prospective residences and prepare his vehicles for sale. (ECF No. 34.) Defendant's pretrial officer and the government do not oppose this travel request, as long as Defendant provides a travel itinerary to his pretrial officer before leaving his residence on Saturday. (*Id.*)

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Travel (ECF No. 34) is **GRANTED**. Before Defendant may travel as requested, he must submit a travel itinerary to pretrial services, and pretrial services must approve that itinerary. Defendant is then permitted to leave his residence on Saturday, August 8, to travel only as approved by pretrial services.

**IT IS FURTHER ORDERED** that Defendant shall continue to abide by the other conditions listed in the Order Setting Conditions of Release (ECF No. 16), and any other restrictions imposed by his pretrial services officer.

**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 6th day of August 2026.