UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br><br>JEREMY ALLEN DAVIS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>) | No. 4:24-CR-421 MAL |

**MEMORANDUM AND ORDER**

Before the Court is the matter of resetting the trial in this matter. Trial in this matter is currently set for October 5, 2026. Counsel made an oral motion during the hearing on September 30, 2026, and states additional time is needed to allow the parties prepare for trial. The Government does not oppose Defendant's motion, and Defendant has filed an executed Waiver of Speedy Trial (Doc. [54]).

For the reasons stated in during the hearing on September 30, 2026, the Court finds that to deny Defendant's request for a continuance "would deny counsel . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," 18 U.S.C. § 3161(h)(7)(B)(iv), and that "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's Oral Motion to Continue is **GRANTED**.

**IT IS FURTHER ORDERED** that trial in this matter is continued to **January 19, 2027, at 9:00 a.m.,** in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that the pretrial conference in this matter is set for **Thursday, January 14, 2027, at 1:00 p.m.**, in the courtroom of the undersigned.

**IT IS FURTHER ORDERED** that a motion hearing is set for **October 14, 2026, at 2:00 p.m.** regarding the motion for reconsideration of the Defendant's conditions of release (Doc. [52]).

**IT IS FINALLY ORDERED** that the time between October 5, 2026, and January 19, 2027, is excluded from the computation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 5th day of October, 2026.

Maria A. Lanahan
UNITED STATES DISTRICT JUDGE